IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CORWIN GILBERT HANNA**,

    Plaintiff,

vs.

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**

    Defendant.

Case No. 6:24-cv-00149-SB

ORDER - EQUAL ACCESS
TO JUSTICE ACT AWARD
OF FEES

    Attorney fees in the amount of $ **14,500** are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Ari Halpern's address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703.  In accordance with the fee

assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this __2nd__ day of __July__, 2025.

_Stacie F. Beckerman_
Hon. Stacie F. Beckerman
U.S. Magistrate Judge