IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CORWIN GILBERT HANNA, | Case No. 6:24-cv-00149-SB |
| Plaintiff, | **OPINION AND ORDER** |
| v. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**BECKERMAN, U.S. Magistrate Judge.**

The Court hereby awards $21,254.00 in attorney's fees to the claimant's counsel, Ari Halpern ("Halpern"), pursuant to 42 U.S.C. § 406(b). The Court previously awarded Halpern $14,500.00 in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). The Court directs the agency to subtract Halpern's EAJA fee award when it issues the Section 406(b) check and send the balance of $6,754.00 (minus any user fee) to Halpern at the following address: 62910 OB Riley Road, Suite 100, Bend, Oregon 97703. After administrative and court attorney's fees are paid, the agency shall release any remaining amount that it withheld to the claimant.

**IT IS SO ORDERED.**

DATED this 11th day of July, 2025.

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – OPINION AND ORDER